UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CARLOS RUIZ,

Plaintiff,

v.

TAVAKOLI, *et al.*,

Defendants.

Case No. 3:26-CV-00545-ART-CLB

**ORDER**

On July 16, 2026, pro se plaintiff Carlos Ruiz, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 but did not personally sign the complaint. (ECF No. 1-1). The Court will grant Plaintiff an extension of time to submit a signed amended complaint.

## I. DISCUSSION

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

The Court cannot consider the original complaint because Plaintiff did not personally sign it. If Plaintiff wants to proceed with this action, Plaintiff must file an amended complaint that is signed personally by the Plaintiff. Plaintiff is advised that an amended complaint replaces the original complaint, so the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989). This means the amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this action. The submission of a mere signature page will not be enough. Moreover, Plaintiff should file

the amended complaint on this Court's approved civil-rights form, and it must be titled "First Amended Complaint."

## II. CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff has **until August 20, 2026,** to submit a signed amended complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint and either file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to **SEND** Plaintiff (1) the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same and (2) a copy of his original complaint (ECF No. 1-1).

**DATED**: July 21, 2026

UNITED STATES MAGISTRATE JUDGE